# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| RICHARD MORRIS BENNETT, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:21-cv-73 |
| | * | |
| v. | * | |
| | * | |
| SOUTHERN CORRECTIONAL | * | |
| MEDICINE; SHERIFF DOYLE WOOTEN; | * | |
| CHIEF DEPUTY FRED COLE; and | * | |
| CAPTAIN DUNLAP, in their official | * | |
| capacities, | * | |
| | * | |
| Defendant. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 5. Plaintiff did not file Objections to this Report and Recommendation.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES** Plaintiff's Complaint for failure to state a claim, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

AO 72A
(Rev. 8/82)

**SO ORDERED**, this ___12___ day of ___January___, 2022.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2